```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ZHONGZHI HI-TECH OVERSEAS           :
INVESTMENT LTD.,                    :
          Petitioner,               :
                                    :   22-CV-6977 (LAP)
                                    :
     -against-                      :
                                    :   ORDER
VINCENT WENYONG SHI,                :
                                    :
          Respondent.               :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Petitioner Zhongzhi Hi-Tech Overseas Investment Ltd.'s petition to confirm and enforce a foreign arbitration award (dkt. nos. 1, 2, 4) and motion for court-ordered service (dkt. nos. 6-7).  Any opposition to Petitioner's motion to serve Respondent Vincent Wenyong Shi's U.S. attorneys shall be filed no later than Monday, August 22, 2022; any reply shall be filed no later than Friday, August 26, 2022; oral argument shall be on Tuesday, August 30, 2022, at 11:00 a.m. by videoconference.

The Court will communicate separately to counsel information for joining the conference.  Members of the public may observe the conference using the following listen-only teleconference information: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:     August 18, 2022
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge