UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
:
Zhongzhi Hi-Tech Overseas Investment Ltd.,   :
:
               Petitioner,   :
:
          v.   :      Civil Action No.: 22-cv-6977
:      (Preska, J)
Vincent Wenyong Shi,   :
:
               Respondent.   :
:
:
:
:
-------------------------------------------------------------------x

# [~~PROPOSED~~] ORDER GRANTING PETITIONER'S MOTION FOR COURT-ORDERED SERVICE

Having considered Petitioner's motion for court-ordered service (Dkt Nos. 6-7), Respondent's memorandum of law and declaration in opposition to Petitioner's motion (Dkt. Nos. 15-16), Petitioner's reply memorandum (Dkt. No. 19) and after oral argument held on September 2, 2022, for the reasons stated on the record, it is **HEREBY ORDERED** that:

    1. Petitioner's motion for court-ordered service pursuant to FRCP 4(f)(3) is **GRANTED**.

    2. Petitioner may effectuate service on Respondent Vincent Wenyong Shi via email to his U.S. counsel in a related action, Michael James Maloney and Rosanne Felicello.

SO ORDERED.

Dated: September 6, 2022
New York, New York

                                          *Loretta A. Preska*
                                    LORETTA A. PRESKA, Senior United States District Judge