UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHONGZHI HI-TECH OVERSEAS INVESTMENT LTD., <br><br> Petitioner, <br><br> -against- <br><br> VINCENT WENYONG SHI, <br><br> Respondent. | 22-cv-6977 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter of the proposed briefing schedule for Petitioner Zhongzhi Hi-Tech Overseas Investment Ltd.'s petition to confirm and enforce a foreign arbitration award (dkt. nos. 1, 2, 4).

**SO ORDERED.**

Dated:    September 8, 2022
           New York, New York

                                            _/s/ Loretta A. Preska_
                                            LORETTA A. PRESKA
                                            Senior United States District Judge