**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZHONGZHI HI-TECH OVERSEAS
INVESTMENT LTD.,

                    Petitioner,

    -against-                                  22 **CIVIL** 6977 (LAP)

                                                           **<u>JUDGMENT</u>**

VINCENT WENYONG SHI,

                    Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 17, 2023, Respondent's motion to dismiss is GRANTED. Based on Petitioner's failure to make out a prima facie case for personal jurisdiction over Respondent, it would be futile to permit Petitioner to amend his Petition because he cannot offer additional substantive information to cure the deficiencies. Thus, Respondent's motion to dismiss is granted with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 18, 2023

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                   **BY:**

                                                                      **Deputy Clerk**